FILED
JUL 2 2 2025
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:25-cr-00155-JRS-MJD |
| SINMI ASOMUYIDE ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

INTRODUCTION

On or about June 30, 2024:

1. The defendant, SINMI ASOMUYIDE, was a sworn officer with the Kokomo Police Department (KPD).

2. The defendant, SINMI ASOMUYIDE, was on duty and working in his capacity as a KPD officer.

3. The defendant, SINMI ASOMUYIDE, was 31 years old.

4. Minor #1 was 14 years old.

5. The Grand Jury incorporates by reference and re-alleges these introductory allegations into this Indictment.

COUNT 1
18 U.S.C. §§ 242 AND 250(a) & (b)(2)
Deprivation of Rights Under Color of Law

On or about June 30, 2024, within the Southern District of Indiana, Indianapolis Division, SINMI ASOMUYIDE, the defendant herein, while acting under color of law as a Kokomo

Police Department officer, willfully deprived Minor #1 of her right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he touched Minor #1's breast under her clothing and caused Minor #1's hand to touch his exposed penis, without Minor #1's consent and without a legitimate law enforcement purpose. The defendant's conduct included kidnapping and involved abusive sexual contact of a child who has not attained the age of 16 of the type prohibited by 18 U.S.C. § 2244(a)(5).

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(2).

## COUNT 2
### 18 U.S.C. § 1512(b)(3)
### Witness Tampering

On or about July 8, 2024, within the Southern District of Indiana, Indianapolis Division, SINMI ASOMUYIDE, the defendant herein, knowingly engaged in misleading conduct towards another person, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of truthful information relating to the commission and possible commission of a federal offense. Specifically, SINMI ASOMUYIDE made false and misleading claims during a voluntary interview with Indiana State Police, which include, in sum and substance, (1) claiming that he attempted to call Minor #1's father after picking her up on the night of June 30, 2024; (2) denying that he drove Minor #1 to a parking lot; (3) denying that he inappropriately touched Minor #1; (4) denying that he caused Minor #1 to touch him in a sexual manner; and (5) denying any reason for the presence of his semen in his squad car; when, in truth and in fact, as the defendant then knew, (1) he never placed a call to Minor #1's father that night, whether directly or indirectly through Minor #1; (2) he drove Minor #1 to a parking lot; (3) he touched Minor #1's breast under her clothing; (4) he caused Minor #1's hand to touch his exposed penis; and (5) he ejaculated inside his squad car after causing Minor #1's hand to touch his exposed

penis.

All in violation of Title 18, United States Code, Section 1512(b)(3).



**THOMAS E. WHEELER II**
United States Attorney
Southern District of Indiana

**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _____
Peter A. Blackett/mpb
Assistant United States Attorney

_____
Tara Allison
Senior Sex Crimes Counsel