UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 2 2 2025
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:25-cr-00155-JRS-MJD |
| | ) | |
| SINMI ASOMUYIDE, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, by Peter A. Blackett, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: 
Peter A. Blackett
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email: Peter.Blackett@usdoj.gov