UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 2 2 2025
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Cause No.  1:25-cr-00155-JRS-MJD |
| SINMI ASOMUYIDE, | ) |
| Defendant. | ) |

PENALTY SHEET
---

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
| --- | --- | --- | --- | --- |
| 1 | 18 U.S.C. §§ 242 AND 250(a) & (b)(2) Deprivation of Rights Under Color of Law | Up to Life | $250,000 | 5 Years |
| 2 | 18 U.S.C. § 1512 (b)(3) Witness Tampering | Max 20 | $250,000 | 3 Years |

Dated: _____

_____
Sinmi Asomuyide
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana