UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:25-cr-00155-JRS-MJD |
| | ) | |
| SINMI ASOMUYIDE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS INDICTMENT**

The United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Peter A. Blackett, Assistant United States Attorney, now respectfully moves to dismiss the Indictment against the above-captioned defendant and in support thereof states:

1. On July 22, 2025, Defendant Sinmi Asomuyide was charged in a two-count indictment. (Dkt. 1).

2. On February 12, 2026, a three-count superseding indictment was returned in the case. (Dkt. 28).

3. On November 4, 2026, the defendant was sentenced on counts one, two and three of the superseding indictment.

4. The United States, in the interests of justice, now respectfully moves this Honorable Court to dismiss the original indictment (Dkt. 1) against Sinmi Asomuyide.

WHEREFORE, the United States respectfully requests this Honorable Court to dismiss the original indictment against Sinmi Asomuyide.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: /s/ Peter A. Blackett

Peter A. Blackett
Assistant United States Attorney
United States Attorney's Office
135 N Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email: Peter.Blackett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Peter A. Blackett

Peter A. Blackett
Assistant United States Attorney